Submitted on record and briefs January 6, reversed February 15, 2006

In the Matter of Shannon Laughlin,
Alleged to be a Mentally Ill Person.

## STATE OF OREGON,
*Respondent,*

*v.*

## SHANNON LAUGHLIN,
*Appellant.*

0506-66627; A129245

129 P3d 790

Kirkland T. Roberts filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Seann C. Colgan, Assistant Attorney General, filed the brief for respondent.

Before Edmonds, Presiding Judge, and Linder and Wollheim, Judges.

PER CURIAM

## PER CURIAM

Appellant seeks reversal of a judgment committing her as a mentally ill person for a period not to exceed 180 days. Appellant argues that the record does not establish by clear and convincing evidence that she is presently a danger to herself or unable to take care of her own basic needs because of her mental disorder. The state concedes that the evidence is insufficient for involuntary commitment and that the judgment should be reversed. Upon *de novo* review of the record, we accept the state's concession and reverse.

Reversed.